An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RIGOBERTO F. VILLARNOVO, AN INDIVIDUAL AND AS HEIR TO DONNA MARIE VILLARNOVO; AND RIGOBERTO F. VILLARNOVO AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DONNA VILLARNOVO,

Appellants,

vs.

SUSAN A. REISINGER, M.D.,

Respondent.

No. 66093

FILED

FEB 1 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. David B. Barker, District Judge
Don P. Chairez
Bonne, Bridges, Mueller, O'Keefe & Nichols
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-05274